## CAMPBELL v. CITY OF GREENSBORO

No. 522P84.

Case below: 70 N.C. App. 252.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 6 November 1984.

## CAULDER v. WAVERLY MILLS

No. 258PA84.

Case below: 67 N.C. App. 739.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 6 November 1984.

## CITY OF STATESVILLE v. GILBERT ENGINEERING CO.

No. 377P84.

Case below: 68 N.C. App. 676.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

## DOUD v. K & G JANITORIAL SERVICES

No. 413P84.

Case below: 69 N.C. App. 205.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 6 November 1984.

## FRAVER v. N. C. FARM BUREAU INS. CO.

No. 517P84.

Case below: 69 N.C. App. 733.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 November 1984.